CR 23-129 PJS/TNL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| v. | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 924(d)(1) |
| STEPHEN SHEPHERD III, | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| Defendant. | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent to Distribute Fentanyl)

On or about December 29, 2022, in the State and District of Minnesota, the defendant,

**STEPHEN SHEPHERD III**,

did unlawfully, knowingly, and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### COUNT 2
(Carrying a Firearm During and in
Relation to a Drug Trafficking Crime)

On or about December 29, 2022, in the State and District of Minnesota, the defendant,

**STEPHEN SHEPHERD III**,

SCANNED
APR 13 2023
U.S. DISTRICT COURT ST. PAUL

did knowingly carry a firearm, that is, a Glock 27 Gen4, .40 caliber pistol, serial number WUP318, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count 1 of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
(Felon in Possession of a Firearm)

On or about December 29, 2022, in the State and District of Minnesota, the defendant,

**STEPHEN SHEPHERD III,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

| Crime | Jurisdiction | Date of Conviction |
|---|---|---|
| Ineligible Person in Possession of Firearm | Ramsey County, Minnesota (Case No. 62-CR-19455) | February 5, 2019 |
| Ineligible Person in Possession of Firearm | Becker County, Minnesota (Case No. 03-CR-171270) | August 30, 2017 |
| Second Degree Drug Possession – Heroin | Hennepin County, Minnesota (Case No. 27-CR-1719394) | December 1, 2017 |
| Ineligible Person in Possession of Firearm | Hennepin County, Minnesota (Case No. 27-CR-145880) | July 14, 2014 |
| Fifth Degree Drug Possession – Marijuana | Hennepin County, Minnesota (Case No. 27-CR-1220472) | July 14, 2014 |
| Fifth Degree Drug Possession – Marijuana | St. Louis County, Minnesota (Case No. 69-DUCR-122994) | September 24, 2013 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign

commerce, a firearm, that is, a Glock 27 Gen4, .40 caliber pistol, serial number WUP318, all in violation of Title 18, United States Code, Sections 922(g)(1) and (a)(8).

## COUNT 4
(Possession with Intent to Distribute Fentanyl)

On or about January 2, 2023, in the State and District of Minnesota, the defendant,

**STEPHEN SHEPHERD III**,

did unlawfully, knowingly, and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly called "fentanyl"), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

If convicted of Count 1 or 4 of this Indictment, the defendant,

**STEPHEN SHEPHERD III**,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation including, but not limited to, a Glock 27 Gen4, .40 caliber pistol, serial number WUP318, and all associated ammunition and firearm accessories. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

If convicted of Counts 2 or 3 of this Indictment, the defendant,

## STEPHEN SHEPHERD III,

shall forfeit to the United States any firearms and ammunition involved in or used in connection with each such violation including, but not limited to, a Glock 27 Gen4, .40 caliber pistol, serial number WUP318, and all associated ammunition and firearm accessories, all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

| UNITED STATES ATTORNEY | FOREPERSON |
|---|---|