UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. 23-129 (PJS/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO SUPPRESS EVIDENCE** |
| | ) | **FROM ARREST ON JANUARY 2, 2023** |
| STEPHEN SHEPHERD III, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Stephen Shepherd III, through undersigned counsel, hereby moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure, for an Order to suppress any evidence obtained as a result of the detention and arrest of Mr. Shepherd on January 2, 2023 on the grounds that law enforcement officers lacked probable cause for the arrest. This motion is based on all files, records, proceedings, and evidence to be taken at the hearing on this motion.

Dated: June 12, 2023

LAW OFFICE OF JORDAN S. KUSHNER

By s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545
JSKushner@gmail.com